FILE COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

SIDLEY HOLDING CORP.,

            Plaintiff,

v.

MORTON RUDERMAN,

           Defendant.

------------------------------------------------------------ x

Judge Pauley

08 CV 2513

MAR 12 2008

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Sidley Holding Corp. ("Sidley"), plaintiff in the above captioned action, certifies to the best of his knowledge and belief that Sidley has no parent corporation and there is no publicly held corporation that owns 10% or more of Sidley's stock.

Dated: New York, New York
       March 12, 2008

                                              Respectfully submitted,

                                              **GREENBERG TRAURIG LLP**
                                              *Attorneys for Plaintiff*
                                              200 Park Avenue
                                              New York, New York 10166
                                              Tel.: (212) 801-9200

                                              By: _____
                                              Heath B. Kushnick (HK1101)
                                              KushnickH@GTLaw.com