# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

Case No. 08-CV-2513

SIDLEY HOLDING CORP.,

**SUMMONS IN A CIVIL ACTION**

Plaintiff,

– against –

Judge Pauley

MORTON RUDERMAN,

Defendant.

TO: MORTON RUDERMAN

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY:

Heath B. Kushnick
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
(212) 801-9200
KushnickH@Gtlaw.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

J. MICHAEL McMAHON

CLERK

BY DEPUTY CLERK

MAR 1 2 2008

DATE

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                  *Date*                                    *Signature of Server*

                                              _____
                                                      *Address of Server*

---

[1]  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
Southern District of New York

Civil Action No 08-CV-2513

SIDLEY HOLDING CORP.,

    Plaintiff,

-v-

**PROOF OF SERVICE**

MORTON RUDERMAN,

    Defendant.

I hereby certify and return that on March 17, 2008, at 9:45 AM, I served a true and attested copy of the within Summons together with a copy of the Complaint; Civil Action Cover Sheet; Rule 7.1 Disclosure Statement; and set of rules for the judge and magistrate assigned, in this action upon the within named **Morton Ruderman**, by leaving them with Kay Bell, Executive Secretary and person in charge at the time of service who indicated she was authorized to accept them on behalf of the defendant. The said service was effected at the defendant's usual place of business: MMR Investments, 40 Salem Street, Lynnfield, MA 01940. Later this same day, I mailed an additional set of these documents to the defendant at this same address. They were mailed First Class, postage pre-paid, in a plain envelope addressed to the defendant and marked "Personal & Confidential".

Kay Bell, the person accepting service, is described as a white female with brown hair, approximately 45-50 years of age, 5'5", 140 lbs. At the time of service, Kay Bell indicated that the defendant is not currently a member of any branch of the military service.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on March 19, 2008.

_____
Dennis Mahoney, Process Server
& Disinterested Person over Age 18.

Date of Service:
March 17, 2008

Service & Travel: $85.00

**Butler and Witten**
Boston, MA
(617) 325-6455