AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |
|---|---|---|

SIDLEY HOLDING CORP.,

    Plaintiff,

 v.

MORTON RUDERMAN,

    Defendant.

**APPEARANCE**

Case Number:  08-CV-2513

To the Clerk of this court and all parties of record:

  Enter my appearance as counsel in this case for

  DEFENDANT, MORTON RUDERMAN

I certify that I am admitted to practice in this court.

| 4/8/2008 | | |
|---|---|---|
| Date | Signature | |

| LAUREN J. WACHTLER | | LW4205 |
|---|---|---|
| Print Name | | Bar Number |

| MITCHELL SILBERBERG & KNUPP LLP, 12 E. 49TH ST | | |
|---|---|---|
| Address | | |

| NEW YORK | NY | 10017 |
|---|---|---|
| City | State | Zip Code |

| (212) 509-3900 | (212) 509-7239 |
|---|---|
| Phone Number | Fax Number |