UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIDLEY HOLDING CORP., | CASE NO. 08-CV-2513 (WHP) |
| Plaintiff, | |
| v. | **ANSWER** |
| MORTON RUDERMAN, | |
| Defendant. | |

MORTON RUDERMAN, by his attorneys, Mitchell Silberberg & Knupp LLP, hereby responds to the Complaint of Sidley Holding Corp. as follows:

1.  With respect to paragraph 1 of the Complaint, denies knowledge or information sufficient to form a belief as to truth of the allegations relating to the nature of the action alleged to be brought against Morton Ruderman, and denies the remaining allegations contained therein.

2.  Denies knowledge or information sufficient to form a belief as to truth of the allegations contained in paragraphs 2, 5, 9 and 10 of the Complaint.

3.  Admits the allegations contained in paragraph 3 of the Complaint.

4.  Denies each and every allegation contained in paragraphs 4, 6, 7, 8, 12, 13, 14, 15, 16, 17, 18, 20, 21, 22, 24, 25, 26, 27, 28, 29, 31, 32, 33, 34, and 35 of the Complaint.

5.  With respect to paragraph 11 of the Complaint, admits only that there was a document designated "Agreement of Lease" dated May 1, 1999 and refers the Court to the terms and conditions set forth therein for the rights and obligations of

the parties thereto, and denies the remaining allegations contained in paragraph 11 of the Complaint.

## FIRST AFFIRMATIVE DEFENSE

6.    The Complaint fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

7.    The Plaintiff has prevented the Defendant from mitigating its damages and any liability he might have pursuant to the Guaranty insofar as the Plaintiff has failed and refused to allow the Defendant to provide a tenant who is ready, willing and able to occupy the space in the place and stead of the current sub-tenant.

## THIRD AFFIRMATIVE DEFENSE

8.    The Plaintiff has waived its right to pursue the Defendant on the Guaranty based on the doctrine of equitable estoppel.

## FOURTH AFFIRMATIVE DEFENSE

9.    Plaintiff's claims are barred by the doctrine of laches.

1798527.1

DATED: New York, New York  
          April 7, 2008

MITCHELL SILBERBERG & KNUPP LLP

By: _____  
Lauren J. Wachtler (LW 4205)  
12 East 49th Street, 30th Floor  
New York, New York 10017-1028  
Telephone: (212) 509-3900  
Facsimile: (212) 509-7239  
E-mail: ljw@msk.com

Attorneys for Defendant  
MORTON RUDERMAN

TO:    Heath B. Kushnick, Esq.  
       Greenberg Traurig, LLP  
       *Attorneys for Plaintiff*  
       200 Park Avenue  
       New York, NY 10166  
       (212) 801-9200

1798527.1

## AFFIRMATION OF SERVICE

Lauren J. Wachtler, an attorney duly admitted to practice in the Courts of the State of

New York, affirms under penalty of perjury as follows: that she is not a party to this action, is

over 18 years of age and a member of the firm Mitchell Silberberg & Knupp LLP, at 12 East

49th Street, 30th Floor, New York, New York 10017-1028, attorneys for Defendant, Morton

Ruderman. On April 8, 2008, she served the within ANSWER and NOTICE OF

APPEARANCE upon the following via Regular Mail:

Heath B. Kushnick, Esq.
Greenberg & Traurig, LLP
200 Park Avenue
New York, NY
Attorneys for Defendants

by mailing same, in a sealed postage prepaid envelope, and placing it in an official depository of

the U.S. Postal Service within the State of New York, addressed to the address designated by

said attorney for that purpose.

Date:   April 8, 2008
        New York, New York

LAUREN J. WACHTLER