UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

SIDLEY HOLDING CORP.,

          Plaintiff,                   08 Civ. 2513 (WHP)

     -against-                    SCHEDULING ORDER

MORTON RUDERMAN,

          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Counsel for the parties having appeared for a June 27, 2008 conference, the following is established on consent:

(1) Defendant may conduct document discovery in connection with Plaintiff's anticipated motion for summary judgment;

(2) Plaintiff shall file any motion for summary judgment by July 31, 2008;

(3) Defendant shall file any opposition by August 29, 2008;

(4) Plaintiff shall file any reply by September 8, 2008;

(5) The parties shall complete all discovery by October 31, 2008;

(6) The parties shall submit a joint pre-trial order in accord with this Court's individual practices by November 21, 2008; and

      (7) This Court will hold a final pre-trial conference on December 5, 2008 at 10:00 a.m.

Dated: June 27, 2008
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of record:*

Heath Brian Kushnick
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166
*Counsel for Plaintiff*

Lauren J. Wachtler, Esq.
Mitchell Silberberg & Knupp LLP
12 East 49th Street
30th Floor
New York, NY 10017
*Counsel for Defendant*