UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
SIDLEY HOLDING CORP.,

                                     Plaintiff,

            – against –

MORTON RUDERMAN,

                                Defendant.
------------------------------------------------------------------- X

**NOTICE OF MOTION**

08 Civ. 2513 (WHP)

      PLEASE TAKE NOTICE that upon the annexed affidavits of Richard Levine sworn to July 31, 2008 and Heath B. Kushnick sworn to July 31, 2008 and the exhibits thereto, Plaintiff's Rule 56.1 Statement of Material Facts, the accompanying Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment, and upon all other papers and prior proceedings had herein, Plaintiff Sidley Holding Corp. will move this Court before the Honorable William H. Pauley III, at Courtroom 11D of the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, New York, New York 10007, on September 19, 2008 at 11:00 a.m., or as soon thereafter as counsel may be heard, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting summary judgment in favor of Plaintiff and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       July 31, 2008

                                                  GREENBERG TRAURIG, LLP
                                                  *Attorneys for Plaintiff*
                                                  200 Park Avenue
                                                  New York, New York 10166
                                                  (212) 801-9200
                                                  By: _____
                                                        Heath B. Kushnick (HK1101)
                                                       *KushnickH@GTLaw.com*

NY 238,830,153

TO:    MITCHELL SILBERBERG & KNUPP LLP
*Attorneys for Defendant*
12 East 49th Street, 30th Floor
New York, New York 10017-1028
(212) 509-3900
Attn: Lauren J. Wachtler, Esq.

*NY 238,830,553*

2